IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH LYNN, et al.,<br>    Plaintiffs,<br>v.<br><br>JEFFERSON HEALTH SYSTEM, et al.,<br>    Defendants. | CIVIL NO. 09-6086 |

# ORDER

**AND NOW**, this 14th day of September, 2010, upon consideration of Plaintiffs' Motion to Remand [Doc. No. 35], Defendants' Responses in Opposition [Doc. Nos. 41 & 42], Plaintiffs' Replies [Doc. Nos. 58 & 74], the parties' Joint Report [Doc. No. 69], and oral argument held thereon [Doc. No. 77], and for the reasons stated in the attached Memorandum Opinion, it is hereby **ORDERED** that:

   1) Plaintiffs' Motion for Remand is **DENIED**; and

   2) The above-captioned matter shall be consolidated with <u>Kenneth Lynn, et al. v. Jefferson Health Sys., Inc., et al.</u>, No. 09-cv-5549.  Plaintiffs are directed to file a consolidated complaint **within twenty (20) days** of the date of this Order.

   The Clerk is **DIRECTED** to **CLOSE** Case No. 09-cv-6086 for statistical purposes. It is so **ORDERED**.

                    **BY THE COURT:**

                    /s/ Cynthia M. Rufe
                    _____
                    **CYNTHIA M. RUFE, J.**