# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH LYNN, et al., <br>          Plaintiffs, <br> v. <br> JEFFERSON HEALTH SYSTEM, et al., <br>          Defendants. | CIVIL NO. 09-5549 |

## ORDER

**AND NOW**, this 8th day of September 2011, upon consideration of this Court's attached Memorandum Opinion and Order, and for the reasons stated therein and hereby incorporated, it is hereby **ORDERED**:

1) The Jefferson Defendants' Motion to Dismiss [doc. no. 294], the Einstein Defendants' Motion to Dismiss [doc. no. 292], and the Jefferson Defendants' Individual Motion to Dismiss [doc. no. 295] are **GRANTED.**

2) In view of the dismissal, the following motions are **DENIED AS MOOT:**

   a) Plaintiffs' Motion for Expedited Collective Action Notification [doc. no. 246];[1] and,

   b) Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees [doc. no. 249]; and,

   c) Plaintiffs' Motion to Stay Non-FLSA claims [doc. no. 304]; and

   d) Defendants' Motion to Quash Plaintiffs' Third-Party Subpoenas [doc. no. 228].

3) The Plaintiffs' request for leave to amend is **GRANTED.** The plaintiffs have thirty days to file a second amended complaint

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] This motion was improperly docketed as a "Motion to Certify."